*261 SHIRLEY S. ABRAHAMSON, C.J.
¶ 37. (dissenting.) The allegations in the pending complaint are intertwined with matters for which Attorney Sommers and Attorney Humphrey have each been suspended for 30 days.
¶ 38. I do not condone Attorney Sommers' conduct, but I do grasp his distress about what he views as injustices to his client and slip-ups in the disciplinary proceeding against him.
¶ 39. Attorney Sommers is presently not eligible to practice law. He has not paid State Bar dues; he has not complied with continuing legal education requirements. Attorney Sommers advised the court in the previous disciplinary proceeding that a suspension might mean that he could never practice law.
¶ 40. The court has discretion whether to impose discipline. SCR 21.16.1 would not impose any discipline in the present matter.